JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
MICHONNE L. OMO, SBN IL 6309833
Special Assistant United States Attorney
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 510.970.4845
Fax: 415.744.0135
Email: michonne.omo@ssa.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JOHN BRUCE,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　Defendant. | No. 3:23-CV-00145-CSD<br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DEFENDANT'S OPENING BRIEF (FIRST REQUEST) |

Defendant respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Motion for Reversal and/or Remand (Dkt. No. 8, filed on July 3, 2023), currently due on August 4, 2023, by 60 days, through and including October 3, 2023. Defendant further requests that all subsequent deadlines set forth in the Court's scheduling order be extended accordingly. This is Defendant's first request for an extension to file Defendant's responsive brief in this case.

Defendant submits that good cause exists for this extension request because the attorney tasked with writing Defendant's response was recently reassigned to this matter and has seven (7) cases with briefs currently due before August 16, and needs sufficient time to appropriately

review the case file and respond to Plaintiff's arguments. The assigned attorney has contacted Plaintiff's counsel, who has no objection to this request.

For these reasons, this Court should grant Defendant's unopposed request and extend the deadline to file a response to Plaintiff's opening brief. This request is made in good faith and with no intention to unduly delay the proceedings.

It is therefore respectfully requested that Defendant be granted an extension of time to file the response to Plaintiff's motion to remand, through and including October 3, 2023.

Respectfully submitted,

Date: July 26, 2023

JASON M. FRIERSON
United States Attorney
District of Arizona

By:   /s/ Michonne L. Omo
MICHONNE L. OMO
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel:
GABRIEL BONO
Office of Program Litigation, Office 7
Social Security Administration
Office of the General Counsel

IT IS SO ORDERED
_____
UNITED STATES MAGISTRATE JUDGE
DATED: July 27, 2023

2